JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LEIGH BENTLEY, <br>     Plaintiff, <br> v. <br> NANCY A. BERRYHILL, *Acting Commissioner of Social Security*, <br>     Defendant. | Case No. LA CV 16-1492 JCG <br><br> **JUDGMENT** |

IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: June 05, 2017

_____
Hon. Jay C. Gandhi
United States Magistrate Judge